JUDGE GUZMAN
MAGISTRATE JUDGE KEYS

# EXHIBIT A

STATE OF Virginia
COUNTY OF Chesterfield

# AFFIDAVIT OF INDEBTEDNESS

The undersigned, being duly sworn, deposes and states that he/she is an employee/agent of:
MRC RECEIVABLES CORPORATION
and has knowledge of the account balance, and is duly authorized to make this affidavit.

Affiant states that the amounts shown below are taken/calculated from the original books
and records of the above named plaintiff, and based on information and belief, affiant states
that the amount due to
- MRC RECEIVABLES CORPORATION AS SUCCESSOR IN INTEREST OF PROVIDIAN NATIONAL BANK
by
SANDRA CASE

for funds advanced to defendants(s) or paid to another at defendant(s) request, or for
goods or services provided to defendant(s) or to another at defendant's request, is the following:
on the following account(s):

CREDITOR/ACCOUNT NUMBER                                          CURRENT BALANCE

   MRC RECEIVABLES CORPORATION
   4479480300675350

                                                                  $2461.36

Affiant states that the amount shown above is true and correct and that there are no setoffs or
counterclaims available to defendant(s). Further affiant sayeth not.

Subscribed and Sworn to Before me

14 day of August, 2007.

_____
Notary Public

My Commission Expires: 8|2011

_____
Affiant

legal support
Title

Date of Service: ____/____/20____

Reference #:        1881992
Forwarder ID #: 8500243754
Account #:       4479480300675350

BAFF(11/02)CF4
TA, INC.

JANET A TAYLOR
NOTARY PUBLIC
COMMISSION NO. 255735
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXP. 8-31-11

16b24671T1881992