## United States District Court for the Northern District of Illinois

Case Number: 08cv1346              Assigned/Issued By: j. n.

Judge Name: guzman                 Designated Magistrate Judge: keys

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
               [ ] IFP        [ ] No Fee   [ ] Other _____
               [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____              Receipt #: 2591089_____

Date Payment Rec'd: 3-6-08_____         Fiscal Clerk: j. n._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

2____ Original and 0_____ copies on 3-6-08_____ as to MRC RECOVERY CORP.;
                                     (Date)
DATA SEARCH N. Y._____
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05