AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

SANDRA CASE, on behalf of plaintiff and classes,
    Plaintiff,

v.

MRC RECEIVABLES CORPORATION and DATA SEARCH N.Y., INC., d/b/a TRAK AMERICA, LLC,
    Defendant.

CASE NUMBER: **08 C 1346**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE GUZMAN**
**MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

MRC RECEIVABLES CORPORATION,
c/o Registered agent:
Illinois Corporation Service Co.,
801 Adlai Stevenson Drive,
Springfield, IL 62703-4261

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/ Anya Ellis_
(By) DEPUTY CLERK

March 6, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | March 17 2008 |
| NAME OF SERVER (PRINT) Robert Baetel | TITLE Private Det./Process Serv 115-001133 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Deanna Dillon - Clerk (Lepsie.)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 17 2008
             Date         Signature of Server
                          115-001133

Address of Server: PO Box 1237
                   Salem IL
                   62791

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.