AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SANDRA CASE, on behalf of plaintiff and classes,
        Plaintiff,

V.

MRC RECEIVABLES CORPORATION and DATA SEARCH N.Y., INC., d/b/a TRAK AMERICA, LLC,
        Defendant.

CASE NUMBER: **08 C 1346**

ASSIGNED JUDGE: **JUDGE GUZMAN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Data Search N.Y., Inc. d/b/a
Trak America, LLC or TrakAmerica
6851 Jericho Turnpike, Suite 190,
Syosset, NY 11791.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Aschenbrener
Edelman Combs Latturner & Goodwin
120 S. La Salle St., 18th Flr.
CHicago, IL   60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

March 6, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE MARCH 14, 2008 |
| NAME OF SERVER (PRINT) JONATHAN KAHN | TITLE LEAD PROCESS SERVER |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: TRAK AMERICA, 6851 JERICHO TPK, SYOSSET NY 11791, COPIES OF SUMMONS AND COMPLAINT LEFT WITH CARL HERN* MANAGER, ON MARCH 14, 2008 AT 12:32 P.M.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

\* MALE, WHITE
AGE: APROX. 40
5'8"  160 LBS
SHORT BROWN HAIR

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | $33.33 | $33.33 |

STATE OF New York
COUNTY OF Suffolk

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 14, 2008
Signature of Server

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 14 DAY OF March, 2008,
BY Jonathan Kahn

JONATHAN KAHN
924 HAWKINS AVE
LAKE GROVE NY 11755
Address of Server

NOTARY PUBLIC
CONSTANCE M. RIDOLFI
Notary Public - State of New York
No. 4924380
Qualified in Suffolk County
My Commission Expires April 4, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.