**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

SANDRA CASE,

    Plaintiff,

v.

MRC RECEIVABLES CORPORATION, and DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA

    Defendants.

Case No. 08 C 1346

Judge Guzman

Magistrate Judge Keys

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MRC RECEIVABLES CORPORATION, and DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA

| | |
|---|---|
| NAME: Todd P. Stelter | |
| SIGNATURE: *s/Todd P. Stelter* | |
| FIRM: HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6278521 | TELEPHONE NUMBER  312/704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐    NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

6301125v1 887154

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANDRA CASE, <br><br> Plaintiff, <br> v. <br><br> MRC RECEIVABLES CORPORATION, and DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA <br><br> Defendants. | Case No. 08 C 1346 <br><br> Judge Guzman <br><br> Magistrate Judge Keys |

### CERTIFICATE OF SERVICE

    I hereby certify that on March 26, 2008, I electronically filed an **APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Daniel Edelman**
dedelman@edcombs.com

                                          Respectfully submitted,


                                     By:\_\_\_\_s/Todd P. Stelter_____
                                             One of its attorneys

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000