**(Document Entered In Error)**

Case 1:08-cv-01346   Document 16-2   Filed 03/28/2008   Page 1 of 1