**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Sandra Case

                           Plaintiff,

v.                                                    Case No.: 1:08–cv–01346
                                                        Honorable Ronald A. Guzman

MRC Receivables Corporation, et al.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:No objections having been filed regarding Memorandum, Opinion and Order entered by Magistrate Judge Schenkier on 5/28/2008, it is hereby ordered that the above entitled action is hereby consolidated for all purposes with 08 C 31. It is further ordered that all issues having been consolidated under 08 C 31 the above entitled action is hereby dismissed. All further pleadings are to be filed in 08 C 31. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.